## ITASCA CEDAR & TIE COMPANY v. GEORGE A. McKINLEY and Another.[1]

May 14, 1915.

Nos. 19,126—(71).

**Order not appealable.**

An order denying a motion to file an amended and supplemental complaint, made before judgment, is not appealable. [Reporter.]

From an order of the district court for Crow Wing county, McClenahan, J., denying its motion to file an amended and supplemental complaint, plaintiff appealed. Appeal dismissed.

*Fryberger, Fulton & Spear,* for appellant.

*H. L. & J W. Schmitt* and *Kerr, Fowler, Schmitt & Furber,* for respondent.

[1] Reported in 152 N. W. 653.

PER CURIAM.

Upon a former appeal in this case a new trial was granted. Itasca Cedar & Tie Co. v. McKinley, 124 Minn. 183, 144 N. W. 768. After the case had been remanded, plaintiff made an application to file an amended and supplemental complaint. This application was denied by the trial court, and plaintiff appealed from the order denying it. It is well settled that such an order, made before judgment, is not appealable. Hanley v. Board of Co. Commrs. of Cass County, 87 Minn. 209, 91 N. W. 756; Stromme v. Rieck, 110 Minn. 472, 125 N. W. 1021.

It follows that the appeal must be dismissed. So ordered.